LEONARD PENTOLA, Appellant, v. THOMAS SODEN et al., Respondents.— In an action to recover damages for injuries to person and property, order on reargument vacating defendants' default upon stated terms, insofar as appeal is

taken, affirmed, with $10 costs and disbursements. Appeal from original order dated November 17, 1952, dismissed, without costs. No opinion. Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.